IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONDABAY LIGGINS-McCOY,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : NO. 19-1639 |
| **DEMOCRATIC CAUCUS OF THE SENATE OF PENNSYLVANIA,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 5th day of May 2022, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Plaintiff's request for oral argument is **DENIED**;

2. Defendant Democratic Caucus of the Senate of Pennsylvania's ("Democratic Caucus") Motion for Summary Judgment (ECF No. 43) is **GRANTED** and Defendant Democratic Caucus is **DISMISSED** from this suit;

3. Defendant Senator Anthony H. Williams' Motion for Summary Judgment (ECF No. 46) is **GRANTED IN PART AND DENIED IN PART**;

4. Plaintiff's Motion to Strike Defendants' Reply Briefs (ECF No. 63) is **DENIED**;

5. Plaintiff's Motion to Strike the Democratic Caucus' Newly Disclosed Witness (ECF No. 64) is **DENIED AS MOOT**;

6. Defendants' Joint Motion for Protective Order (ECF No. 67) is **DENIED** and the Clerk of Court shall **UNSEAL** Exhibits 11 and 12 at ECF No. 58. Exhibits 14 and 15 shall remain under seal;

7. Plaintiff's Motion to Strike Defendant Senator Williams' Newly Disclosed Witness is **DENIED**; and

8. Defendants' Motion for Leave to File a Reply Brief (ECF No. 72) is **GRANTED** and the Clerk of Court is directed to file the Reply Brief attached as Exhibit 1 to Defendants' Motion of record with the Court.[1]

                          **BY THE COURT:**

                          **/s/ Petrese B. Tucker**

                          _____

                          **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 5, 2022.