IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONDABAY LIGGINS-McCOY** | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-1639 |
| | : | |
| **DEMOCRATIC CAUCUS OF THE** | : | |
| **SENATE OF PENNSYLVANIA** | : | |
| and | : | |
| **ANTHONY H. WILLIAMS** | : | |
| (in his individual capacity only) | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Rondabay Liggins-McCoy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's final judgment, entered on October 28, 2022. This Notice of Appeal is specifically meant to include an appeal from the District Court's earlier order in the case, entered May 6, 2022, granting summary judgment to the Democratic Caucus of the Senate of Pennsylvania and, in part, to Anthony H. Williams.

    Respectfully submitted,

    **WEINSTEIN LAW FIRM, LLC**

By:   /s/ Marc E. Weinstein
       Marc E. Weinstein, Esquire
       500 Office Center Drive, Suite 400
       Fort Washington, PA 19034
       267.513.1942 tel
       marc@meweinsteinlaw.com
       Counsel to Plaintiff

**CERTIFICATE OF SERVICE**

I, Marc E. Weinstein hereby certify that on the 28th day of November, 2022, I caused the foregoing document to be filed via ECF and that Defendants' counsellors are filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

By: /s/ Marc E. Weinstein
Marc E. Weinstein, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
267.513.1942 tel
Counsel to Plaintiff